CT/cvmhrg (October 17, 2001)

HONORABLE _Chatigny_

DEPUTY CLERK _L. Kunofsky_   RPTR/ERO/TAPE _D. Warner_

TOTAL TIME: _1_ hours _5_ minutes

DATE _10-14-03_   START TIME _2:40_   END TIME _3:45_
LUNCH RECESS FROM _____ TO _____
RECESS FROM _____ TO _____ (if more than 1/2 hour)

_Cahoon_   CIVIL NO. _3:02CV2288(RNC)_

vs.   §
      §   ☑ SEE ATTACHED CALENDAR FOR COUNSEL — Plaintiffs Counsel
      §
_International_   §   Defendants Counsel

## COURTROOM MINUTES - CIVIL (check one box)

- ☑ (mhrgh) Motion Hearing
- ☐ (confmhrg.) Confirmation Hearing
- ☐ (showhrg.) Show Cause Hearing
- ☐ (contmphrg.) Contempt Hearing
- ☐ (evidhrg.) Evidentiary Hearing
- ☐ (jgmdbexam.) Judgment Debtor Exam
- ☐ (pchrg.) Probable Cause Hearing
- ☐ (fairhrg.) Fairness Hearing
- ☐ (stlmthrg.) Settlement Hearing
- ☐ (mischrg.) Miscelaneous Hearing

MOTION DOCUMENT NO.

☑ #28 Motion _for Summary Judgment_ — ☐ granted ☐ denied ☑ advisement
☑ #33 Motion _for Summary Judgment_ — ☐ granted ☐ denied ☑ advisement
☑ #38 Motion _to Remand_ — ☐ granted ☐ denied ☑ advisement

Hearing continued until _____ at _____