*O2CV2288 jgmt.*
*JJ*

## UNITED STATES DISTRICT COURT
### DISTRICT OF CONNECTICUT

JEFFREY M. CAHOON, Executor of the
estate of John W. Cahoon, and CARLA
GRAVES CAHOON

     Plaintiffs,

       v.

INTERNATIONAL BROTHERHOOD OF
ELECTRICAL WORKERS LOCAL, 261,
ET AL.,

     Defendants.

:
:
:
:
:
:
:
:  CASE NO. 3:02CV2288(RNC)
:
:
:
:
:
:

### JUDGMENT

This action having come on for consideration of plaintiffs' motion to remand
and defendants' motions for summary judgment before the Honorable Robert N.
Chatigny, United States District Judge, and

The court having considered the motions and the full record of the case
including applicable principles of law, and having filed a ruling and order granting in
part plaintiffs' motion to remand; granting IBEW's motion for summary judgment;
and denying the other defendants' motions, it is therefore

ORDERED, ADJUDGED and DECREED that the judgment be and is hereby
entered for defendant IBEW.

Dated at Hartford, Connecticut, this 12th day of February 2004.

      KEVIN F. ROWE, Clerk

      By _____
         Linda I. Kunofsky
         Deputy Clerk

EOD  _____