**UNITED STATES DISTRICT COURT**
DISTRICT OF CONNECTICUT
OFFICE OF THE CLERK
UNITED STATES COURTHOUSE
450 MAIN STREET
HARTFORD, CONNECTICUT 06103

KEVIN F. ROWE
CLERK

TEL. NO. 240-3200
(AREA CODE 860)

FILED
2004 MAR -1  P 2: 15

VICTORIA C. MINOR
CHIEF DEPUTY CLERK

MARY WIGGINS
DEPUTY-IN-CHARGE

Jeffrey M. Cahoon et al

V.                              Case Number:   3:02cv2288(RNC)

IBEW Local 261 et al


         Notice to  Clerk, Superior Court,
      for the Judicial District of **New London**
      ---------------------------


Dear Clerk:

Enclosed is the original file and certified copies of the Order and docket entries in the above-entitled case which has been transferred to your court.

Kindly acknowledge receipt of same on the copy of this notice and return it in the envelope provided.

Dated at Hartford, Connecticut, February 26, 2004.

                KEVIN F. ROWE, CLERK

                By: _____
                    Linda S. Ferguson
                    Deputy Clerk


Enclosures


This acknowledges receipt of this case file and certified copies of the Order and docket entries.

Case was received in this District on _____

Assigned case number: _____

This case was received by: _____